# TROY LAW, PLLC

### ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

January 17, 2019

***Via ECF***

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **Plaintiff's Status Report and Request for Telephone Conference to Resolve Remaining Disputes**
***ZHAO et al. v SOHO SUSHI, INC. d/b/a Soho Sushi et al., 17-cv-02517***

Dear Judge Daniels:

Plaintiff writes to respectfully report that the Parties have reached a stalemate over the Settlement Agreement despite weeks of good-faith negotiation and therefore requests a telephone conference before your honor at any of the following times: January 21, 2019 (all day), January 23 after 11:00, or January 25 after 12:00 or at another time convenient to this Court finalize the settlement agreement between the parties.

Specifically, the parties have dispute over: (1) whether the confession of judgment should include attorneys fees and costs associated with enforcement proceedings, (2) whether there should be a late payment and bounced check provision (3) whether there is attorneys fees in the event of default, (4) whether there can be stipulation not to sell without advance notice, (5) whether there should be a right of first refusal over such a sale, and (6) the nature of the mutual release. Plaintiff's position is that the mutual release should only include wage and hour claims asserted in the complaint while Defendants' position is for a more general release.

Ahead of the conference and for your Honor's reference, we have attached: (1) latest proposed settlement agreement with markup, and (2) Defendants' proposed alternative language to mutual release.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for Plaintiffs*
/s/ John Troy
John Troy, Esq.